[No. 16854–1–I.   Division One.   January 12, 1987.]

V. KATHALENE MISKIMENS, ET AL, *Appellants,* v.
F. L. HARTUNG GLASS COMPANY, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–10669–1, Gerard M. Shellan, J., entered July 1, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Bibb and Patrick, JJ. Pro Tem.

[No. 16241–1–I.   Division One.   January 12, 1987.]

*In the Matter of the Marriage of* HELEN CALABRESE,
*Appellant, and* CHARLES CALABRESE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–00754–6, Richard M. Ishikawa, J., entered March 8, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Kristianson and Patrick, JJ. Pro Tem.

[No. 15807–4–I.   Division One.   January 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
L. PETTIT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00995–5, William C. Goodloe, J., entered December 11, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Grosse, JJ.